**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. __25-cr-80121-Middlebrooks/Matthewman__

18 U.S.C. § 111(a)(1) and (b)

**UNITED STATES OF AMERICA**

**vs.**

**EDILBERTO JEREMIAS VELASQUEZ-GARCIA,**

**Defendant.**

_____/

**INDICTMENT**

> FILED BY___*TM*___D.C.
>
> *Jul 17, 2025*
>
> ANGELA E. NOBLE
> CLERK U.S. DIST. CT.
> S. D. OF FLA. - WPB

The Grand Jury charges that:

**COUNT 1**
**Forcibly Assaulting a Federal Officer**
**(18 U.S.C. §111(a)(1) and (b))**

On or about July 6, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**EDILBERTO JEREMIAS VELASQUEZ-GARCIA,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with Deportation Officer 1, an employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, United States Immigration and Customs Enforcement, while Deportation Officer 1 was engaged in and on account of the performance of their official duties, and in the commission of the offense, did make physical contact with Deportation Officer 1, in violation of Title 18, United States Code, Section 111(a)(1).

Pursuant to Title 18, United States Code, Section 111(b), it is further alleged that this violation did inflict bodily injury upon Deportation Officer 1.

## COUNT 2
### Forcibly Assaulting a Federal Officer
### (18 U.S.C. §111(a)(1))

On or about July 6, 2025, in Palm Beach County, in the Southern District of Florida, the

defendant,

### EDILBERTO JEREMIAS VELASQUEZ-GARCIA,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with Deportation Officer 2,

an employee of the United States and of an agency in a branch of the United States Government

designated in Title 18, United States Code, Section 1114, that is, United States Immigration and

Customs Enforcement, while Deportation Officer 2 was engaged in and on account of the

performance of their official duties, and in the commission of the offense, did make physical

contact with Deportation Officer 2, in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

_____
FOREPERSON

_____ for
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO.: _____

v.

**CERTIFICATE OF TRIAL ATTORNEY**

EDILBERTO JEREMIAS VELASQUEZ-GARCIA,
_____ /

**Superseding Case Information:**
New Defendant(s) (Yes or No)_____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami    ☐ Key West    ☐ FTP
☐ FTL     ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take ___2___ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    ☑  0 to  5 days
   II   ☐  6 to 10 days
   III  ☐  11 to 20 days
   IV   ☐  21 to 60 days
   V    ☐  61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Bruce E. Reinhart _____ Magistrate Case No. 25-8361-BER
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of 07/06/2025
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
AURORA FAGAN
Assistant United States Attorney
FL Bar No.          0188591

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: EDILBERTO JEREMIAS VELASQUEZ-GARCIA

**Case No**: _____

Count #1

Assaulting, Resisting, or Impeding Certain Federal Employees with Bodily Injury

Title 18, United States Code, Section 111(a)(1) and (b)
* **Max. Term of Imprisonment:**   20 Years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**   3 Years
* **Max. Fine:**  $250,000
* **Special Assessment:**   $100

Count #1

Assaulting, Resisting, or Impeding Certain Federal Employees

Title 18, United States Code, Section 111(a)(1)

* Max. Term of Imprisonment:   **8 Years**
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release:   3 Years
* Max. Fine:   $250,000
* Special Assessment:   $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**